PEARSON, J.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BINGHAM, | ) | CASE NO. 4:18CV618 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| | ) | |
| CORECIVIC OF TENNESSEE, LLC, | ) | |
| | ) | |
| Defendant. | ) | **ORDER OF REFERENCE** |

Pursuant to LR 16.4, Alternative Dispute Resolution, of the Local Rules of the United States District Court for the Northern District of Ohio, the above-captioned case is hereby referred to Mediation/Settlement pursuant to LR 16.6.

The Court refers this case to Magistrate Judge George J. Limbert to conduct Mediation. The Mediation shall be completed not later than October 2018, if possible.

IT IS SO ORDERED.

July 30, 2018                          /s/ Benita Y. Pearson
Date                                          Benita Y. Pearson
                                                 United States District Judge