UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BINGHAM | ) | CASE NO.  4:18CV618 |
| | ) | |
| Plaintiff | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | Magistrate Judge George J. Limbert |
| | ) | |
| CORECIVIC OF TENNESSEE, LLC | ) | **ORDER** |
| | ) | |
| Defendant | ) | |

Pursuant to the agreement of counsel, and pursuant to the Order of Referral of Judge Benita Y. Pearson (Dkt. #12), a **MEDIATION** is scheduled in the above-captioned matter before the undersigned in Room 229 of the Thomas D. Lambros Federal Building & U.S. Courthouse, 125 Market Street, Youngstown, Ohio, on Tuesday, September 27, 2018, at 10:00 a.m.

The appearance of counsel and the parties, and/or a party representative with full settlement authority, shall be required at the Mediation**.  Further, the parties shall submit mediation statements, by facsimile or electronic mail, to the Court one week in advance of the Mediation.** The mediation statements shall include the current status of any and all settlement negotiations, a summary of the parties' respective positions, and an outline of factual and damage allegations.  The mediation statements may be exchanged between opposing counsel, if all counsel and parties agree to do so.

**IT IS SO ORDERED**.

Dated: September 4, 2018      */s/George J. Limbert*
GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE