PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BINGHAM, | ) | |
| | ) | CASE NO. 4:18CV618 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| CORECIVIC OF TENNESSEE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **ORDER OF DISMISSAL** |

The Court was informed by the Minutes of Proceedings dated September 27, 2018 that the parties settled this case at the mediation conference conducted by Magistrate Judge George J. Limbert.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before October 29, 2018, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.  Because the Court will retain jurisdiction, the parties shall submit a copy of the executed Settlement Agreement to Judy_Guyer@ohnd.uscourts.gov for the Court's future reference, if necessary.

IT IS SO ORDERED.


___September 27, 2018___
Date

___/s/ Benita Y. Pearson___
Benita Y. Pearson
United States District Judge